## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **Kelly Brunarski** | Case No. 1:16-CV-0311 |
| Plaintiffs | Judge Susan J. Dlott |
| vs. | |
| **Miami University** | NOTICE OF FILING DEPOSITION TRANSCRIPT OF ROGER JENKINS, TO SUPPORT THE MEMORANDUM |
| Defendant | OPPOSING SUMMARY JUDGMENT |

Now come Plaintiffs, Kelly Brunarski and Yvette Harman, through counsel, hereby give notice of filing of the deposition transcript of Roger Jenkins, taken August 7, 2017, to support the Memorandum Opposing Summary Judgment in this matter or for any other purpose permitted under the Federal Rules of Civil Procedure and/or Federal Rules of Evidence.

Respectfully submitted,

*/s/ Robert F. Croskery*
Robert F. Croskery (0064802)
Trial Attorney for Plaintiffs
Croskery Law Offices
3905 Eastern Ave., Suite 200
Cincinnati, Ohio 45226
Phone:  (513) 232-LAWS (5297)
Fax: (513) 426-7372
Email: rcroskery@croskerylaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was placed upon the Court's electronic server for service to the appropriate parties on the date electronically stamped hereon.

*/s/ Robert F. Croskery*
Robert F. Croskery (0064802)