UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KELLY BRUNARSKI, et al., | : | Case No.   1:16-cv-00311 |
| Plaintiff, | : | Magistrate Judge Bowman |
| vs. | : | |
| MIAMI UNIVERSITY, | : | |
| Defendant. | : | |

**ORDER**

The Court having been advised that the above action has been settled;

It is ORDERED that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown, within **sixty (60) days**, reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

SO ORDERED.

s/Stephanie K. Bowman
Stephanie K. Bowman
United States Magistrate Judge